# United States District Court

DISTRICT OF ———— Massachusetts ————

PLAINTIFF

Markel American Insurance Company

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Raymond Ferrone

CASE NUMBER:  C.A. No. 04-12144-GAO

**04 CV 12144 GAO**

V. THIRD PARTY DEFENDANT

Shenkel Insurance Agency, Inc.

TO: (Name and address of Third Party defendant)

Shenkel Insurance Agency, Inc.
1017 Turnpike Street, Canton, MA 02021

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Lauren Matola-Davis<br>Michael T. Farley<br>Morrison, Mahoney, LLP<br>121 South Main Street, Suite 600<br>Providence, RI 02903-7141 | Joshua S. Grossman<br>Paul L. Feldman<br>Davis, Malm & D'Agostine, P.C.<br>One Boston Place, 37th Fl.<br>Boston, MA 02108 |

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

SARAH A. THORNTON                                   Aug. 8 2005
CLERK                                                                    DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the THIRD PARTY Summons and Complaint was made by me (1) | DATE | August 10, 2005 |
| NAME OF SERVER  GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   MS. AMY BUTTERFIELD, RECEPTIONIST AND
Duly Authorized Agent for the within-named   SHENKEL INSURANCE AGENCY, INC.
Said service was made at:
1017 TURNPIKE STREET, CANTON _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE $ | 39.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   August 10, 2005
                    Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**           **One Devonshire Place**        Telephone # (617) 720-5733
**Massachusetts Constables since 1925**    **Boston, MA 02109**            Fax #         (617) 720-5737