UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

```
***************************************************************
MARKEL AMERICAN INSURANCE COMPANY,   *
                          Plaintiff  *
vs.                                  *
                                     *
RAYMOND FERRONE,                     *   CIVIL ACTION
       Defendant and Third Party Plaintiff  *   NO. 04-CV-12144-GAO
vs.                                  *
                                     *
SHENKEL INSURANCE AGENCY, INC.,      *
                Third Party Defendant *
***************************************************************
```

ASSENTED-TO
MOTION OF THE THIRD PARTY DEFENDANT, SHENKEL INSURANCE
AGENCY, INC. FOR AN EXTENSION OF TIME
TO RESPOND TO THE THIRD PARTY COMPLAINT

Now comes the Third Party Defendant, Shenkel Insurance Agency, Inc. ("Shenkel Insurance"), and moves this Court for an extension of time to respond to the Third Party Plaintiff, Raymond Ferrone's, Third Party Complaint. Shenkel Insurance requests this Court's permission to file its responsive pleading by September 16, 2005. As grounds therefor, Shenkel Insurance states that it needs more time to conduct an investigation into the allegations made by the Third Party Plaintiff before answering the Third Party Complaint. All parties to this action have assented to such an extension.

WHEREFORE, Third Party Defendant, Shenkel Insurance Agency, Inc. respectfully moves this Court for permission to file its response to the Third Party Complaint on or before September 16, 2005.

Respectfully submitted,

SHENKEL INSURANCE AGENCY, INC.,
Third Party Defendant

By Its Attorney:

*[signature]*

Richard E. Heifetz          BBO #229000
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
617-557-9696          FAX 617-227-9191

| MARKEL AMERICAN INSURANCE COMPANY, Plaintiff | RAYMOND FERRONE, Defendant and Third-Party Plaintiff |
|---|---|
| By Its Attorney: | By Its Attorney: |
| *Michael T. Farley/dunn* | *Paul L. Feldman/dunn* |
| Michael T. Farley          #640593 | Paul L. Feldman          BBO #162205 |
| MORRISON MAHONEY LLP | Joshua S. Grossman          BBO #643939 |
| 121 South Main Street | DAVIS, MALM & D'GOSTINE, P.C. |
| Providence, RI 02903-7141 | One Boston Place |
| 401-331-4660          FAX 401-351-4420 | Boston, MA 02108 |
| | 617-367-2500          FAX 617-305-3131 |

Dated:          August 24, 2005