UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, <br> Plaintiff, <br><br> v. <br><br> RAYMOND FERRONE, <br> Defendant. | ) ) ) ) ) ) ) ) ) ) CASE NO. 04-CIV-12144 (GAO) |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES

COMES NOW the Plaintiff, MARKEL AMERICAN INSURANCE COMPANY, by and through its undersigned attorneys, and pursuant to Rule 37 of the Federal Rules of Civil Procedure, moves this Court for an Order compelling the plaintiff to respond to discovery requests served on or about January 31, 2005.

On January 31, 2005, the plaintiff served interrogatories and a request for production of documents to counsel for defendant Raymond Ferrone. To date, neither responses nor objections have been received by undersigned counsel.

WHEREFORE, we respectfully request an order compelling the defendant 1) to provide the response to request for production of documents within twenty days; and 2) to answer the interrogatories within twenty days.

## GOOD FAITH CERTIFICATION

Undersigned counsel certifies that he made a good faith effort to secure the requested information without court intervention by telephone on March 9, 2006.

Dated: March 9, 2006

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 3/9/2006

MARKEL AMERICAN INSURANCE COMPANY
By its Attorneys

Lauren Motola-Davis, #638561
Michael T. Farley, #640593
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 331-4660      Fax (401) 621-4660