UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

MARKEL AMERICAN INSURANCE
COMPANY,

Plaintiff,

vs.  CASE NO. 04-CV-12144 (GAO)

RAYMOND FERRONE,

Defendant.

vs.

SHENKEL INSURANCE AGENCY, INC.

Third Party Defendant.

---

## MOTION

NOW comes the Plaintiff, Markel American Insurance Company, by and through its undersigned attorneys, and requests this honorable court withdraw Plaintiff, Markel American Insurance Company's, motion to compel discovery responses.

SERVED VIA ECF AND/OR FIRST CLASS MAIL TO ALL COUNSEL OF RECORD

MARKEL AMERICAN INSURANCE
COMPANY
By its Attorneys

____/s/Michael T. Farley_____
Lauren Motola-Davis, #638561
Michael T. Farley, #640593
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI  02903
(401) 331-4660     Fax (401) 621-4660

610012v1