UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,  * | |
| Plaintiff  * | |
| vs.  * | |
|  * | |
| RAYMOND FERRONE,  * | CIVIL ACTION |
| Defendant and Third Party Plaintiff  * | NO. 04-CV-12144-GAO |
| vs.  * | |
|  * | |
| SHENKEL INSURANCE AGENCY, INC.,  * | |
| Third Party Defendant  * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF APPEARANCE OF SYD A. SALOMAN, ESQ.**

Kindly enter my appearance on behalf of the Third Party Defendant, Shenkel Insurance Agency, Inc.

SHENKEL INSURANCE AGENCY, INC.,
Third Party Defendant

By Its Attorney:

/sas/ *Syd A. Saloman*

Syd A. Saloman          BBO #645267
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
617-557-9696          FAX 617-227-9191
Dated:      March 24, 2006