# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### IN ADMIRALTY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **MARKEL AMERICAN INSURANCE COMPANY,** | * | |
| **Plaintiff** | * | |
| **vs.** | * | |
| | * | |
| **RAYMOND FERRONE,** | * | **CIVIL ACTION** |
| **Defendant and Third Party Plaintiff** | * | **NO. 04-CV-12144-GAO** |
| **vs.** | * | |
| | * | |
| **SHENKEL INSURANCE AGENCY, INC.,** | * | |
| **Third Party Defendant** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF CHANGE OF ADDRESS

Effective **May 1, 2006** the address of the firm, Tucker, Heifetz & Saltzman, LLP, will be changed from Three School Street to:

Tucker, Heifetz & Saltzman, LLP
100 Franklin Street, Suite 801
Boston, MA 02110
Telephone & Facsimile numbers remain the same:
617-557-9696   FAX 617-227-9191

SHENKEL INSURANCE AGENCY, INC.,
Third Party Defendant

By Its Attorney:

/s/ Richard E. Heifetz

_____
Richard E. Heifetz, BBO# 229000
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
617-557-9696        FAX 617-227-9191
Dated: April 26, 2006