## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MARKEL AMERICAN INSURANCE
COMPANY,
    *Plaintiff*

v.

RAYMOND FERRONE,
    *Defendant,*

and

RAYMOND FERRONE,
    *Third-Party Plaintiff,*

v.

SHENKEL INSURANCE AGENCY, INC.
    *Third-Party Defendant.*

C.A. NO. 04-12144 GAO

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41 (a)(1)(ii), the parties hereby stipulate that all claims, counterclaims, cross-claims and third-party claims asserted in the within action be dismissed, with prejudice and without costs. All rights of appeal and claims for attorneys' fees are hereby waived.

By: _____

Paul L. Feldman, Esq., BBO#162205
Joshua Grossman, Esq. BBO# 643939
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
(617) 367-2500

**Attorneys for Defendant and Third-Party Plaintiff
Raymond Ferrone**

By: _____

Lauren Motola-Davis, Esq.
BBO# 638561
Michael T. Farley BBO# 640593
Morrison, Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401)331-4660

**Attorneys for Defendant-In-Counterclaim
Plaintiff Markel Insurance Company**

By: _____

Richard E. Heifetz, Esq., BBO #229000
Syd A. Saloman, Esq., BBO #645267
Tucker, Heifetz & Saltzman, LLP
100 Franklin Street
Boston, MA 02110
(617) 557-9696

**Attorneys for Third-Party Defendant Shenkel
Insurance Agency, Inc.**

Dated: ____8-21-06____, 2006

2

410052v.1