UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
IN ADMIRALTY



FILED
FRKS OFFICE

2007 MAR 16  P 1: 26

DISTRICT COURT
DISTRICT OF MASS.

MARKEL AMERICAN INSURANCE
COMPANY,
Plaintiff,

vs.

RAYMOND FERRONE,
Defendant/Third Party Plaintiff

vs.

SHENKEL INSURANCE AGENCY, INC.
Third Party Defendant.

_____/

CIVIL ACTION
NO. 04-CV-12144-GAO

### WITHDRAWAL OF APPEARANCE

Now comes Michael T. Farley #6196 and hereby withdraws his appearance for Plaintiff,

Markel American Insurance Company in the above-entitled matter.

                    MARKEL AMERICAN INSURANCE
                    COMPANY

                    By its Attorneys,

                    Lauren Motola-Davis, # 3396
                    Michael T. Farley, # 6196
                    MORRISON MAHONEY LLP
                    121 South Main Street, Suite 600
                    Providence, Rhode Island 02903

618812v1

## CERTIFICATION

I hereby certify that on this ___1st___ day of ___March___, 2007 , a copy of the foregoing was mailed postage paid, to:


Joshua S. Grossman, Esquire
Paul L. Feldman, Esquire
Davis, Malm & D'Agostine, P.C.
One Boston Place, 37th Floor
Boston, MA 02108


Richard E. Heifetz, Esq.
Tucker, Heifetz & Saltzman, LLP
100 Franklin Street
Boston, MA 02110